# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

WILLIAM W. OSTRANDER, IV,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1688

———————————————

March 13, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

William W. Ostrander, IV, pro se.

PER CURIAM.

    Affirmed.

MORRIS, ATKINSON and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.